**FILED**

AUG - 3 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1. BRUCE G. VANYO, State Bar No. 60134
   JEROME F. BIRN, JR., State Bar No. 128561
2. CAZ HASHEMI, State Bar No. 210239
   KRISANA M. HODGES, State Bar No. 234629
3. JACK I. SIEGAL, State Bar No. 218088
   WILSON SONSINI GOODRICH & ROSATI
4. Professional Corporation
   650 Page Mill Road
5. Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
6. Facsimile: (650) 565-5100

7. Attorneys for Defendants
   BRIAN M. NESMITH, ROBERT
8. VERHEECKE, and BLUE COAT SYSTEMS,
   INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re BLUE COAT SYSTEMS, INC. SECURITIES LITIGATION | MASTER FILE NO.: C-05-1468-MHP |
| | CLASS ACTION |
| This Document Relates To: | STIPULATION AND [PROPOSED] ORDER REGARDING CASE MANAGEMENT CONFERENCE |
| ALL ACTIONS | |

1  WHEREAS, on June 22, 2005, the Court entered an Order consolidating four securities actions (the "individual actions") into a single action for pretrial proceedings captioned *In re Blue Coat Systems, Inc. Securities Litigation*, Master File No. C-05-1468-MHP (the "consolidated action"); and

WHEREAS, there are Orders in each of the individual actions setting dates for case management conferences, and required joint filings, between July 26, 2005 and September 14, 2005; and

WHEREAS, each of the complaints in the individual actions allege violations of the federal securities laws and, therefore, are governed by the requirements of the Private Securities Litigation Reform Act of 1995 (the "Reform Act"); and

WHEREAS, a lead plaintiff has not yet been appointed under the Reform Act in the consolidated action to represent the putative class of plaintiffs; and

WHEREAS, the parties respectfully submit that any case management conference for the individual actions and the consolidated action is premature until resolution of defendants' motion to dismiss, among other reasons, because of the Reform Act's mandatory discovery stay; and

WHEREAS, per the Court's June 22, 2005 Order, the lead plaintiff has sixty (60) days from its appointment date to file a consolidated amended complaint, and defendants have sixty (60) days from the date the consolidated amended complaint is filed to move to dismiss;

NOW, THEREFORE, subject to the Court's approval, the parties, by and through their undersigned counsel of record, hereby agree and stipulate to the following:

1. All dates for case management conferences, and required joint filings, scheduled in the individual actions are taken off calendar; and

2. A case management conference in the consolidated action, and the date for any required joint filings, will be rescheduled, if appropriate, after the Court appoints a lead plaintiff and rules on any defense motion to dismiss.

STIP AND [PROPOSED] ORDER
RE: CASE MANAGEMENT CONFERENCE
MASTER FILE NO. C-05-1468-MHP

1

| | | |
|---|---|---|
| 1 | IT IS SO STIPULATED. | |
| 2 | | Respectfully Submitted, |
| 3 | Dated: July 29, 2005 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| 4 | | |
| 5 | | |
| 6 | | By: ___/s/ Caz Hashemi___<br>    Caz Hashemi |
| 7 | | Attorneys for Defendants BRIAN M.<br>NESMITH, ROBERT VERHEECKE, and<br>BLUE COAT SYSTEMS, INC. |
| 8 | | |
| 9 | | |
| 10 | Dated: July 29, 2005 | GLANCY BINKOW & GOLDBERG LLP |
| 11 | | |
| 12 | | By: ___/s/ Peter A. Binkow___<br>    Peter A. Binkow |
| 13 | | Lionel Z. Glancy<br>Michael Goldberg |
| 14 | | Peter A. Binkow<br>1801 Avenue of the Stars, Suite 311 |
| 15 | | Los Angeles, CA 90067<br>Telephone: (310) 201-9150 |
| 16 | | Facsimile: (310) 201-9160 |
| 17 | | Attorneys for Plaintiff<br>DRACENA PARTNERS, LLC |
| 18 | | |
| 19 | Dated: July 29, 2005 | BERMAN DEVALERIO PEASE TABACCO<br>BURT & PUCILLO |
| 20 | | |
| 21 | | |
| 22 | | By: ___/s/ Christopher T. Heffelfinger___<br>    Christopher T. Heffelfinger |
| 23 | | |
| 24 | | Joseph J. Tabacco<br>Christopher T. Heffelfinger |
| 25 | | 425 California Street, Suite 2025<br>San Francisco, CA 94104 |
| 26 | | Telephone: (415) 433-3200<br>Facsimile: (415) 433-6382 |
| 27 | | Attorneys for Plaintiffs |
| 28 | | DAVID HOBBS and GALEN FINLEY |

STIP AND [PROPOSED] ORDER
RE: CASE MANAGEMENT CONFERENCE
MASTER FILE NO. C-05-1468-MHP

2

| | |
|---|---|
| Dated: July 29, 2005 | GREEN WELLING LLP |
| | By: /s/ Robert S. Green |
| | Robert S. Green |
| | |
| | Robert S. Green |
| | 595 Market Street, Suite 2750 |
| | San Francisco, California 94105 |
| | Telephone: (415) 477-6700 |
| | Facsimile: (415) 477-6710 |
| | |
| | Marc A. Topaz |
| | Richard A, Maniskas |
| | SCHIFFRIN & BARROWAY, LLP |
| | 280 King of Prussia Road |
| | Radnor, PA 19087 |
| | Telephone: (610) 667-706 |
| | Facsimile: (610) 667-7056 |
| | |
| | Attorneys for Plaintiff |
| | VICTOR HEFNER |

[~~PROPOSED~~] ORDER

Upon Stipulation of the Parties and good cause appearing therefore, IT IS SO ORDERED. *The parties shall appear before the Court for a Status Conference on October 10, 2005 unless a noticed hearing date is set before that date.*

~~Dated:~~

THE HONORABLE MARILYN HALL PATEL
UNITED STATES DISTRICT JUDGE

STIP AND [PROPOSED] ORDER
RE: CASE MANAGEMENT CONFERENCE
MASTER FILE NO. C-05-1468-MHP

3

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Jack I. Siegal, attest that concurrence in the filing of this document has been obtained from each of the signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 29th day of July, 2005 at Palo Alto, California.

By:   /s/ Jack I. Siegal
       Jack I. Siegal