**FILED**

AUG - 8 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DRACENA PARTNERS, LLC, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN M. NESMITH, ROBERT VERHEECKE, and BLUE COAT SYSTEMS, INC.,<br><br>Defendants. | Case No. C-05-1468-MHP<br><br>[PROPOSED] ORDER APPOINTING THE ROBERTS GROUP AS LEAD PLAINTIFF AND APPOINTING LEAD COUNSEL<br><br>Date:  July 18, 2005<br>Time:  2:00 p.m.<br>Dept.: 15<br>Judge: Honorable Marilyn Hall Patel |

[PROPOSED] ORDER APPOINTING THE ROBERTS GROUP AS LEAD PLAINTIFF
Case No. C-05-1468-MHP

1  **WHEREAS**, the following actions filed between April 11, 2005 and May 3, 2005 are
2  pending before this Court:

| Abbreviated Case Name | Case No. | Date Filed |
|---|---|---|
| *Dracena Partners, LLC v. Nesmith* | C-05-1468-MHP | 4/11/05 |
| *Hobbs v. Blue Coat Systems, Inc.* | C-05-1520-MHP | 4/13/05 |
| *Hefner v. Blue Coat Systems, Inc.* | C-05-1692-MHP | 4/25/05 |
| *Finley v. Blue Coat Systems, Inc.* | C-05-1829-MHP | 5/3/05 |

8   **WHEREAS**, plaintiffs in the actions above allegedly purchased or otherwise acquired
9  Blue Coat Systems, Inc. securities during the period of February 19, 2004 through May 27, 2004
10 (the "Class Period"), and have alleged, among other things, violations of Sections 10(b) and
11 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act"), and Rule 10b-5 promulgated
12 thereunder against defendants Blue Coat Systems, Inc. and certain officers and directors;

13   **WHEREAS**, on April 12, 2005, pursuant to Section 21D(a)(3)(A)(i) of the Exchange
14 Act, 15 U.S.C. § 78(a)(3)(A)(i), plaintiff in the action entitled *Dracena Partners, LLC v.*
15 *Nesmith, et al.*, Case No. C-05-1468-MHP (N.D. Cal.) (filed on April 11, 2005) published a
16 notice of pendency of action on *Primezone* as required by Section 21D(a)(3)(A) of the Exchange
17 Act;

18   **WHEREAS**, pursuant to Section 21D(a)(3) of the Exchange Act, any purported class
19 member desiring to be appointed lead plaintiff was required to have filed such a motion by
20 June 13, 2005; and

21   **WHEREAS**, putative class members Bruce Roberts, individually and on behalf of
22 James Roberts, Arthur Plante, on behalf of Charlotte Plante, and Adrienne Bertolucci (the
23 "Roberts Group" or "Movant") have moved, pursuant to Section 21D(a)(3) of the Exchange Act
24 for appointment as Lead Plaintiff for the Class, for approval of Schiffrin & Barroway, LLP as
25 Lead Counsel for lead plaintiff and the Class, and Green Welling LLP as Liaison Counsel for
26 lead plaintiff and the Class.

27
28

**WHEREFORE, IT IS HEREBY ORDERED as follows:**

1. The Roberts Group is the most adequate plaintiff and is appointed Lead Plaintiff for the Class in this action and any subsequently consolidated or related actions to represent the Class.

2. Lead Plaintiff's selection of lead counsel and liaison counsel for lead plaintiff and the Class is hereby approved. The law firm of Schiffrin & Barroway, LLP is appointed as Lead Counsel and the law firm of Green Welling LLP is appointed as Liaison Counsel pursuant to Section 21D(a)(3)(B)(v) of the Exchange Act.

3. Lead Counsel shall have the authority to speak for all plaintiffs and class members in all matters regarding the litigation including, but not limited to, pre-trial proceedings, motion practice, trial and settlement, and shall make all work assignments in such a manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort. Additionally, lead counsel shall have the following responsibilities:

    a. to brief and argue motions;

    b. to initiate and conduct discovery, including, without limitation, coordination of discovery with defendants' counsel, the preparation of written interrogatories, requests for admissions, and requests for production of documents;

    c. to direct and coordinate the examination of witnesses in depositions;

    d. to act as spokesperson at pretrial conferences;

    e. to call and chair meetings of plaintiffs' counsel as appropriate or necessary from time to time;

    f. to initiate and conduct any settlement negotiations with counsel for defendants;

    g. to provide general coordination of the activities of plaintiffs' counsel and to delegate work responsibilities to selected counsel as may be required in such a manner as to lead to the orderly and efficient prosecution of this litigation and to avoid duplication or unproductive effort;

1    h.   to consult with and employ experts;

2    i.   to receive and review periodic time reports of all attorneys on behalf of plaintiffs, to determine if the time is being spent appropriately and for the benefit of plaintiffs, and to determine and distribute plaintiffs' attorneys' fees; and

5    j.   to perform such other duties as may be expressly authorized by further order of this Court.

7   4.   Lead Counsel shall be responsible for coordinating all activities and appearances on behalf of the Class and for disseminating notices and orders of this Court.

9   5.   No motion, application or request for discovery shall be served or filed, or other pretrial proceedings initiated, on behalf of lead plaintiff, except through lead counsel.

11   6.   All notices, proposed orders, pleadings, motions, discovery, and memoranda requiring a response in less than 30 days shall be served upon lead counsel and defense counsel in PDF format and emailed the day of filing with exhibits to follow by overnight mail service, telecopy, or hand delivery.

15   7.   All other service shall take place by regular mail.

16   8.   Lead counsel for the Class shall be available and responsible for communications to and from the Court.

18   9.   Defendants' counsel may rely upon all agreements made with lead counsel, or other duly authorized representatives of lead plaintiff.

///

///

///

[PROPOSED] ORDER APPOINTING THE ROBERTS GROUP AS LEAD PLAINTIFF
Case No. C-05-1468-MHP

3

10. This Order shall apply to each case subsequently filed in this Court or transferred to this Court, unless a party objecting to the consolidation of such case or to any other provision of this Order files within ten (10) days after the date upon which a copy of this Order is mailed to counsel for such party, an application for relief from this Order or any provision herein and this Court deems it appropriate to grant such application.

IT IS SO ORDERED.

DATE: August 8, 2005

Honorable Marilyn H. Patel, U.S.D.J.

Submitted by:

Robert S. Green (State Bar No. 136183)
**GREEN WELLING LLP**
235 Pine Street, 15th Floor
San Francisco, CA 94104
Telephone: (415) 477-6700
Facsimile: (415) 477-6710

[Proposed] Liaison Counsel

Stuart L. Berman
Sean M. Handler
Robin Winchester
**SCHIFFRIN & BARROWAY, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

[Proposed] Lead Counsel