Robert S. Green (State Bar No. 136183)
**GREEN WELLING LLP**
595 Market Street, Suite 2750
San Francisco, CA 94105
Telephone: (415) 477-6700
Facsimile: (415) 477-6710
Email: cand.uscourts@classcounsel.com

Liaison Counsel for Lead Plaintiff Roberts Group

Michael K. Yarnoff (myarnoff@sbclasslaw.com)
Karen E. Reilly (kreilly@sbclasslaw.com)
**SCHIFFRIN & BARROWAY, LLP**
280 King of Prussia Rd.
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

Lead Counsel for Lead Plaintiff Roberts Group

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| _____ )<br>)<br>)<br>In re BLUE COAT SYSTEMS, INC., SECURITIES )<br>LITIGATION )<br>_____ )<br>)<br>This Document Relates To: )<br>)<br>    All Actions. )<br>)<br>)<br>)<br>)<br>_____ ) | Master File No. C-05-1468-MHP<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED]<br>ORDER REGARDING CASE<br>MANAGEMENT CONFERENCE**<br><br>Judge: The Hon. Marilyn Hall Patel |

1     WHEREAS, on June 22, 2005, the Court entered an Order consolidating four securities

2  actions into a single action for pretrial proceedings captioned *In re Blue Coat Systems, Inc.*

3  *Securities Litigation*, Master File No. C-05-1468-MHP; and

4     WHEREAS, on July 29, 2005, a Stipulation and [Proposed] Order Regarding Case

5  Management Conference from all parties was filed requesting that any case management

6  conference be rescheduled to a date after the Court appoints a lead plaintiff and rules on any

7  motions to dismiss the consolidated amended complaint; and

8     WHEREAS, on August 3, 2005, the Court entered a Stipulation and Order Regarding

9  Case Management Conference ordering the appearance of both parties at a status conference on

10  October 10, 2005; and

11     WHEREAS, on August 8, 2005, the Court entered an order appointing the Roberts Group

12  as Lead Plaintiff and approving the selection of  Schiffrin & Barroway, LLP as Lead Counsel and

13  Green Welling LLP as Liaison Counsel; and

14     WHEREAS, per the Court's June 22, 2005 Order, the Roberts Group has until October 7,

15  2005, sixty (60) days from its appointment date to file a consolidated amended complaint, and

16  Defendants have sixty (60) days from the date the consolidated amended complaint is filed to

17  move to dismiss; and

18     WHEREAS, October 10, 2005, is Columbus Day, and pursuant to Fed. R. Civ. P.

19  6(a) a legal holiday on which the court will be closed.

20     NOW, THEREFORE, subject to the Court's approval, the parties, by and through their

21  undersigned counsel of record, hereby agree and stipulate to the following:

22     1.    The Case Management Conference scheduled for October 10, 2005 is postponed

23  and will be rescheduled to be held concurrently with the hearing on Defendants' motions to

24  dismiss.

25  \\

26  \\

27  \\

28

1    IT IS SO STIPULATED

2                                    Respectfully Submitted,

3

4    DATED: October 3, 2005          By:_____/s_____
                                              Robert S. Green
5

6                                    **GREEN WELLING LLP**
                                     595 Market Street, Suite 2750
7                                    San Francisco, CA 94105
                                     Telephone:  (415) 477-6700
8                                    Facsimile: (415) 477-6710

9                                    *Liaison Counsel for Lead Plaintiff Roberts Group*

10                                   Michael K. Yarnoff
                                     Karen E. Reilly
11                                   **SCHIFFRIN & BARROWAY, LLP**
                                     280 King of Prussia Rd.
12                                   Radnor, PA 19087
                                     Telephone:  (610) 667-7706
13                                   Facsimile: (610) 667-7056

14                                   *Lead Counsel for Lead Plaintiff Roberts Group*

15

16   DATED: October 3, 2005          By: _____/s_____
                                              Caz Hashemi
17

18                                   WILSON SONSINI GOODRICH & ROSATI
                                     Professional Corporation
19                                   650 Page Mill Road
                                     Palo Alto, CA 94304-1050
20                                   Telephone:     (650) 493-9300
                                     Facsimile:     (650) 565-5100

21                                   *Attorneys for Defendants BRIAN M. NESMITH,*
                                     *ROBERT VERHEECKE, and BLUE COAT*
22                                   *SYSTEMS, INC.*

23

24

25

26

27

28

stipulation_092905.wpd   STIPULATION AND [PROPOSED] ORDER RE: CASE MANAGEMENT CONFERENCE
                         Master File No. C-05-1468-MHP                                        3

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Robert S. Green, attest that concurrence in the filing of this document has been obtained from each of the other signatories.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 3rd day of October, 2005 at San Francisco, California.

Robert S. Green

**[PROPOSED] ORDER**

Upon stipulation of the parties and good cause appearing therefore, IT IS SO ORDERED.

The Honorable
Dated:

Judge Marilyn H. Patel

STIPULATION AND [PROPOSED] ORDER RE: CASE MANAGEMENT CONFERENCE
Master File No. C-05-1468-MHP

4

1                       <u>**CERTIFICATE OF SERVICE**</u>

2        I, Kim O. Trinh, hereby declare as follows:

3        I am employed by Green Welling, A Limited Liability Partnership, 595 Market Street,

4 Suite 2750, San Francisco, California 94105. I am over the age of eighteen years and am not a

5 party to this action. On October 3, 2005, I served the within document(s):

6            **STIPULATION AND [PROPOSED] ORDER REGARDING**
                   **CASE MANAGEMENT CONFERENCE**

7

8   <u>XX</u>   by placing the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at San Francisco, California addressed as set forth below.

9

10   _____ by personally delivering the document(s) listed above the person(s) at the address(es) set forth below.

11

12   _____ by causing personal delivery by _____ of the document(s) listed above to the person(s) at the address(es) set forth below.

13   _____ by depositing the document(s) listed above in a sealed envelope with delivery fees provided for a FedEx pick up box or office designated for overnight delivery, and addressed as set forth below.

14

15   _____ by transmitting via facsimile the above listed document(s) to the fax number(s) set forth below on this date.

16

17                       Michael J. Gorback
             **WILSON SONSINI GOODRICH & ROSATI**
                 One Market, Spear Tower, Suite 3300

18                     San Francisco, CA 94105

19        In compliance with Civil LR 23-2, service is also made via electronic mail to a

20 Designated Internet Site that is identified by its physical and electronic addresses set forth below.

21                    Securities Class Action Clearinghouse
                   Stanford University School of Law

22                      Crown Quadrangle
                    Stanford, CA 94305-8612

23                   **Email: jcarlos@law.stanford.edu**

24        I declare under penalty of perjury under the laws of the State of California that the above

25 is true and correct, executed October 3, 2005, at San Francisco, California.

26

27                      Kim O. Trinh

28

Certificate of Service